UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 31 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MOHSEN KHOSHMOOD, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:18-cv-02871(UNA)
)
EXPERIAN, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff sues Experian, alleging that in November 2018, he was improperly overcharged by $85 for credit-monitoring services, however, but does not articulate a legal claim against

1

defendant. He goes on to allege unspecified discrimination by unnamed management companies and to generally contest the concept of credit-checking in the rental application process. The relief sought is not entirely clear; plaintiff mentions [sic] "government spending # $trillion To remove the extremism from society under health care . . ." and states that [sic] "Last 12 month from Experian over $one million dollar that is the Experian has to be pay my Damages for the last 30 years . . ."

As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8(a). It fails to set forth a basis for this Court's jurisdiction and the actual claims and requests for relief against defendant are entirely clear. Therefore, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: December 31, 2018

United States District Judge